UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL J. BRADWAY, V35309,<br>   Plaintiff,<br>  v.<br>DR. YASHODARA RAO,<br>   Defendant(s). | Case No. 20-cv-01130-CRB (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a prisoner at the California Health Care Facility (CHCF) in Stockton, has filed a pro se complaint for injunctive relief under 42 U.S.C. § 1983 and a motion for a temporary restraining order (TRO) alleging "disregard of plaintiff's safety" and "intentional interference of previously prescribed treatment." Mot. (ECF No. 3) at 2.

A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in the County of San Joaquin, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action and motion for TRO be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

Dated: February 25, 2020

_____
CHARLES R. BREYER
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL J. BRADWAY,<br><br>    Plaintiff,<br><br>v.<br><br>YASHODARA RAO,<br><br>    Defendant. | Case No. 3:20-cv-01130-CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 25, 2020, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gabriel J. Bradway ID: #:V35309
California Health Care Facility
P.O. Box 213040, Fac. E, Bldg.: EIC, Cell: 223L
Stockton, CA 95213

Dated: February 25, 2020

                                            Susan Y. Soong
                                            Clerk, United States District Court

                                            By:_____
                                            Lashanda Scott, Deputy Clerk to the
                                            Honorable CHARLES R. BREYER