UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GABRIEL BRADWAY,

          Plaintiff,

      v.

DR. YASHODARA RAO,

          Defendant.

No.  2:20-cv-0436 KJN P

ORDER

     Plaintiff is a state prisoner, proceeding without counsel.  On March 26, 2020, plaintiff filed an affidavit in support of a request for additional time in which to comply with the March 16, 2020 Order and Findings and Recommendations.  Good cause appearing, plaintiff's request for extension of time is granted.  Accordingly, IT IS HEREBY ORDERED that:

     1.  Plaintiff's request for an extension of time (ECF No. 16) is granted; and

     2.  Plaintiff is granted sixty days from the date of this order in which to file an amended complaint and to file objections to the findings and recommendations (ECF No. 13).

Dated:  March 30, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/brad0436.36