UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL BRADWAY, | No. 2:20-cv-0436 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| DR. YASHODARA RAO, | |
| Defendant. | |

Plaintiff is a state prisoner, proceeding pro se, with this civil rights action seeking relief under 42 U.S.C. § 1983. On March 16, 2020, the undersigned recommended that plaintiff's motions for temporary restraining order be denied without prejudice. On March 30, 2020, plaintiff was granted sixty days in which to file his amended complaint, and to file objections to the findings and recommendations. However, on April 13, 2020, plaintiff filed a document styled, "Affidavit for Objections to Magistrate Judge's Findings and Recommendations." (ECF No. 19.) Plaintiff asks the court "to review this affidavit for delayed time in Objections to Magistrate Judge's Findings and Recommendations," noting plaintiff was granted 60 days to amend the complaint, but then plaintiff claims he "is unclear about the time extension also for filing" objections. (ECF No. 19 at 1.) Plaintiff then sets forth three specific objections. However, in his proof of service, plaintiff characterizes his filing as an "Affidavit for Time Delay of Filing" objections. (ECF No. 19 at 3.)

In an abundance of caution, the undersigned construes plaintiff's filing as a request for extension of time to file objections.  However, on March 30, 2020, plaintiff was granted sixty days in which to file objections and his amended complaint.  (ECF No. 17.)  Therefore, his April 13, 2020 request is redundant and unnecessary, and is denied.

That said, the court notes that the objections cited by plaintiff indicate that he intends to rectify in his amended complaint his failure to allege personal jurisdiction, and attempts to explain or clarify the nature of the injunctive relief he seeks.  Plaintiff is advised that it is inappropriate to attempt to change the nature of his request for injunctive relief in objections to findings and recommendations.  If plaintiff concedes that his prior motions were lacking or inadequate, plaintiff may withdraw such motions and file a different motion along with his amended complaint or include his request for injunctive relief in his amended pleading.  By doing so, plaintiff would not be required to file further objections.

Therefore, IT IS HEREBY ORDERED that:

1. Plaintiff's April 13, 2020 filing (ECF No. 19) is construed as plaintiff's request for extension of time to file objections to the March 16, 2020 findings and recommendations (ECF No. 13); the Clerk of the Court shall edit the docket entry accordingly;

2. Plaintiff's request (ECF No. 19) is denied; and

3. Plaintiff's objections to the findings and recommendations (ECF No. 13), as well as his amended complaint, are due on or before May 29, 2020 (ECF No. 17).

Dated:  April 16, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/brad0436.extd

2