UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL BRADWAY, | No. 2:20-cv-0436 KJN P |
| Plaintiff, | |
| v. | ORDER |
| DR. YASHODARA RAO, | |
| Defendant. | |

Plaintiff is a state prisoner, proceeding without counsel. On May 11, 2020, plaintiff filed a motion to withdraw his amended complaint and renewed motion for temporary restraining order or order of protection, and seeks an additional extension of time in which to comply with the court's April 16, 2020 order. Plaintiff also sought leave to amend; however, plaintiff was initially granted leave to amend by the March 16, 2020 order, so no motion to amend is required, and his motion is denied as moot. Good cause appearing, plaintiff's requests to withdraw his April 17, 2020 filing and for an extension of time to amend are granted. Plaintiff is cautioned that failure to comply with this order may result in a recommendation that this action be dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to amend (ECF No. 23) is denied as moot;

2. Plaintiff's request to withdraw his April 7, 2020 amended complaint and motion for temporary restraining order or order of protection (ECF No. 23) is granted;

3. Plaintiff's April 17, 2020 filing (ECF No. 21) is withdrawn; and

4. Plaintiff is granted until July 29, 2020, in which to file an amended complaint that complies with the court's March 16, 2020 order

Dated:  May 15, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/brad0436.mtad