UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL J. BRADWAY,<br><br>Plaintiff,<br><br>v.<br><br>DR. YASHODARA RAO,<br><br>Defendant. | No.  2:20-cv-0436 JAM KJN P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 15, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff filed objections to the findings and recommendations.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the

////

---

[1] Plaintiff's Eighth Amendment claims against Dr. Rao are proceeding in this action.

1

court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 15, 2020, are adopted in full; and

2. Plaintiff's due process claim based on defendant's alleged mishandling of plaintiff's administrative appeals (ECF No. 26 at 3, ¶ 2(B)) is dismissed.

DATED: September 8, 2020

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE