1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GABRIEL BRADWAY,                        No.  2:20-cv-0436 JAM KJN P

12              Plaintiff,

13        v.                                 ORDER

14   DR. YASHODARA RAO,

15              Defendant.

16

17        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On December 1, 2020, the magistrate judge filed findings and recommendations herein

21   which were served on all parties and which contained notice to all parties that any objections to

22   the findings and recommendations were to be filed within twenty-one days.  Plaintiff filed

23   objections to the findings and recommendations, and defendant filed a response.

24        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25   court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

26   court finds the findings and recommendations to be supported by the record and by proper

27   analysis.

28   /////

                                          1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 1, 2020, are adopted in full; and

2. Plaintiff's motion for temporary restraining order (ECF No. 26) is denied.


DATED:  January 25, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE